## Commonwealth v. Grote, Appellant.

Submitted March 24, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.